# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEWIS, Individually and on Behalf of All Others Similarly Situated,

　　　　　Plaintiff(s),

　　v.

Lyft, Inc., et al.

　　　　　Defendant(s).

Case No: 4:19-cv-03003-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew Clubok, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lyft, Inc. et al. in the above-entitled action. My local co-counsel in this case is Colleen C. Smith, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004 | 12670 High Bluff Drive<br>San Diego, California 92130 |
| MY TELEPHONE # OF RECORD:<br>(202) 637-2200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(858) 523-5400 |
| MY EMAIL ADDRESS OF RECORD:<br>andrew.clubok@lw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>colleen.smith@lw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 446935.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/22/19

　　　　　　　　　　　　　　　/s/Andrew Clubok
　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew Clubok is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/23/2019

　　　　　　　　　　　　　　　*Haywood S. Gill Jr.*
　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Andrew B. Clubok*

was duly qualified and admitted on **January 6, 1997** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 1, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.